UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:   CHAPTER 13
                    CASE NO. 15-49685-MAR
RYAN C SCRATCH,     JUDGE MARK A RANDON
DANA M SCRATCH
Debtors.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee questions debtors' valuation of the real property on Schedule A and requests a recent real property tax bill with State Equalized Value statement and any other documentation upon which debtors rely, as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4).

2. Trustee requests documentation of the loan balance and payoff date for debtors' 401(k) loan.

3. The Trustee objects to the following expenses of the debtors (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 U.S.C. § 1325(a)(3) and/or 11 U.S.C. § 1325(b):

    a. Telephone, cell phone, Internet, satellite, and cable services - $594.67

    b. Food and housekeeping supplies - $935.00

    c. Personal care products and services - $175.00

    d. Haircare, toiletries - $175.00

    e. Miscellaneous - $175.00

4. Trustee requires actual dates for the step payment increases proposed in Part II.B. of the Chapter 13 Plan.

5. Based upon the pay stubs provided, it appears debtors have understated the income disclosed on Schedule I. Trustee requires debtors to file an amended Schedule I and increase the best effort accordingly.

6. Trustee requests 3 most **recent** pay stubs in order to verify debtors' income. Trustee requires the pay stubs to be received by the Trustee immediately.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

August 18, 2015         /s/ Maria Gotsis
                        KRISPEN S. CARROLL (P49817)
                        MARGARET CONTI SCHMIDT (P42945)
                        MARIA GOTSIS (P67107)
                        719 Griswold Street
                        Suite 1100
                        Detroit, MI 48226
                        (313) 962-5035
                        notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

RYAN C SCRATCH,
DANA M SCRATCH
Debtors.
_____/

CHAPTER 13
CASE NO. 15-49685-MAR
JUDGE MARK A RANDON

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ACCLAIM LEGAL SERVICES
8900 E 13 MILE RD
WARREN, MI  48093-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

RYAN C SCRATCH
DANA M SCRATCH
41726 WOODRING
CLINTON TOWNSHIP, MI  48038-0000


August 20, 2015            /s/ Barbara A. Ecclestone
                           Barbara A. Ecclestone
                           For the Office of the Chapter 13 Trustee-Detroit
                           719 Griswold Street
                           Suite 1100
                           Detroit, MI  48226
                           (313) 962-5035
                           notice@det13ksc.com